# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - REOPENING/CLOSING

Case No. 2:24-cv-06245-JFW-PDx    Date October 4, 2024

Title: Sasoun Manouchehri, et al. -v- U.S. Citizenship and Immigration Services, et al.

Present: The Honorable John F. Walter

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

Not Present                          Not Present

Proceedings:    ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Joint STIPULATION to Dismiss Case [14] - Make JS6

☐ Entered _____.

Initials of Preparer    sr